# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

GWENDOLYN GOODMAN,

    Plaintiff,

v.

Case No. 1:17-cv-00534-ELR

INTER-CONTINENTAL HOTELS
CORPORATION; INTERCONTINENTAL
HOTELS GROUP RESOURCES, INC.;
IHG MANAGEMENT (MARYLAND)
LLC; PEBBLEBROOK HOTEL TRUST;
and ORANGEMEN LESSEE LLC,

    Defendant.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendants, by and through their respective undersigned counsel, hereby stipulate and agree that this action shall be **DISMISSED WITH PREJUDICE**. Further, each party will bear its own costs, expenses, and attorneys' fees.

Respectfully submitted, this 18th day of May, 2017.

| | |
|---|---|
| s/ John L. Mays | s/ Kevin M. Young |
| John L. Mays | Kevin M. Young |
| Georgia Bar No. 986574 | Georgia Bar No. 183770 |
| john@maysandkerr.com | kyoung@seyfarth.com |
| MAYS & KERR LLC | SEYFARTH SHAW LLP |
| 315 W. Ponce de Leon Avenue | 1075 Peachtree St. NE, Suite 2500 |

| | |
|---|---|
| Suite 344<br>Decatur, Georgia 30030<br>Telephone: (404) 855-0820<br><br>COUNSEL FOR PLAINTIFF | Atlanta, Georgia 30309<br>Telephone: (404) 885-1500<br><br>COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

This is to certify that I have this day, May 18, 2017, served a copy of the foregoing document on the following counsel of record via CM/ECF:

Kevin M. Young
kyoung@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree St. NE, Suite 2500
Atlanta, Georgia 30309

          s/ John L. Mays
          Counsel for Plaintiff